**ROYAL THAI GOVERNMENT and Sahaviriya Steel Industries Public Company Limited, Plaintiffs–Appellees,**

and

**United States, Defendant–Appellee**

v.

**UNITED STATES STEEL CORPORATION, Defendant–Appellant.**

No. 2008–1281.

United States Court of Appeals, Federal Circuit.

March 4, 2009.

Kenneth J. Pierce, Hughes Hubbard & Reed LLP, of Washington, DC, argued for plaintiffs-appellees. With him on the brief were Victor S. Mroczka and Robert L. LaFrankie.

Jane C. Dempsey, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With her on the brief were Jeanne E. Davidson, Director, and Patricia M. McCarthy, Assistant Director. Of counsel was Claudia Burke, Trial Attorney.

Jeffrey D. Gerrish, Skadden, Arps, Slate, Meagher & Flom LLP, of Washington, DC, argued for defendant-appellant. With him on the brief were Robert E. Lighthizer, John J. Mangan, Mara Allison Guagliardo and James C. Hecht.

MICHEL, Chief Judge, DYK and PROST, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.